UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN ANDARY,

    Plaintiff,

  v.

MERCEDEZ-BENZ USA, LLC,

    Defendant.

Case No. 16-cv-00852-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 16

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: April 29, 2016



WILLIAM H. ORRICK
United States District Judge